## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>　　Kevin Corcoran and Beverly L.<br>　　Corcoran,<br>　　　　Debtor(s) | Chapter 13<br><br>Case No. 19-14500-elf |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3,<br>　　　　Movant,<br><br>Kevin Corcoran and Beverly L. Corcoran,<br>　　　　Debtor(s) / Respondent(s),<br><br>and<br>William C. Miller, Esq.,<br>　　　　Trustee / Respondent | Hearing Date: March 10, 2020<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |

* * * * * * *

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

　　Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3 has filed Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 28, 2020, you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　United States Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Office of the Clerk
　　　　　　900 Market Street
　　　　　　Suite 400
　　　　　　Philadelphia, PA 19107

   (b)  mail a copy to the Movant's attorney:

      Andrew M. Lubin, Esquire
      Milstead & Associates, LLC
      1 E. Stow Road
      Marlton, NJ 08053
      Phone No.: (856) 482-1400
      Fax No.: (856) 482-9190

   (c)  mail a copy to the Chapter 13 Trustee:

      William C. Miller, Esq., Trustee
      P.O. Box 1229
      Philadelphia, PA 19105

  2.  If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on March 10, 2020, at 9:30 a.m. in 900 Market Street, Suite 400, Philadelphia, PA 19107.

  4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (215) 408-2970 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

              Respectfully submitted,
              MILSTEAD & ASSOCIATES, LLC

DATED: February 11, 2020

              /s/Andrew M. Lubin
              Andrew M. Lubin, Esquire
              Attorney ID No. 54297
              1 E. Stow Road
              Marlton, NJ 08053
              (856) 482-1400
              Attorneys for Movant