**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                                                   Case No. 19-14500-elf
                                                                                    Chapter 13

Kevin Corcoran
Beverly L. Corcoran

Debtor(s).

## NOTICE OF APPEARANCE

**Wells Fargo Bank, National Association, as Trustee for the SACO I Inc. Mortgage Pass-Through Certificates Series 1999-3**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Bar No: 75736
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
seisenberg@sterneisenberg.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of January, 2023, to the following:

Brad J. Sadek
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Kevin Corcoran
6428 Bingham Street
Philadelphia, PA 19111

Beverly L. Corcoran
6428 Bingham Street
Philadelphia, PA 19111
*Debtor(s)*


                              By:      /s/ Steven K. Eisenberg
                                    Steven K. Eisenberg, Esquire